IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ANDREW JAMES**                                                                                       **PLAINTIFF**

v.                                           **Case No. 5:15-cv-00159-KGB**

**3M COMPANY** *et al.*                                                                         **DEFENDANTS**

## ORDER

On August 29, 2016, the Court entered an Order, pursuant to the stipulation filed by the parties, dismissing plaintiff Andrew James's claims against defendant 3M Company in this case (Dkt. Nos. 30, 31).  At that time, the parties had not stipulated to the dismissal of the John & Jane Does 1-500 and John Doe Corporate 1-500 named as defendants in Mr. James's complaint and as cross defendants in 3M Company's answer (Dkt. Nos. 2, 3, 31).  As a result, the Court directed the parties to show the Court within 30 days why the Doe defendants should not be dismissed without prejudice (Dkt. No. 31).  The Court notified the parties that, if they failed to do so, the Court would dismiss without prejudice the Doe defendants (Dkt. No. 31).

Thirty days have passed since the Court's Order, and no party has responded or otherwise objected to the dismissal of these defendants.  Therefore, the Court dismisses without prejudice the John & Jane Does 1-500 and John Doe Corporate 1-500 named as defendants in Mr. James's complaint and as cross defendants in 3M Company's answer.  The Court denies as moot the motion for summary judgment filed by 3M Company and the unopposed motion for extension of time to file response to 3M Company's motion for summary judgment filed by Mr. James (Dkt. Nos. 22, 25).

IT IS SO ORDERED this 30th day of September, 2016.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge